PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

### Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Nelson Henriquez                                  **Docket Number:** 06-00630-001
                                                                         **PACTS Number:** 42288

**Name of Sentencing Judicial Officer:** HONORABLE Freda L. Wolfson

**Date of Original Sentence:** 02/13/2007

**Original Offense:** MONEY LAUNDERING - CUSTOMS LAWS (EXCEPT NARCOTICS/ LIQUOR), in violation of Title 18: U.S.C. § 1956(a)(3), a Class C felony.

**Original Sentence:** 36 months imprisonment; 3 years supervised release with special conditions for drug testing and treatment, financial disclosure, cooperate with ICE, DNA collection, and to a pay a $100 special assessment.

**Type of Supervision:** Supervised Release                              **Date Supervision Commenced:** 11/01/07

**Assistant U.S. Attorney:** Jospeh Gribko, 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** David Holman, 972 Broad Street, 2nd Floor, Newark, New Jersey 07102, (973) 645-6347

---

## PETITIONING THE COURT

[X]  To issue a warrant
[ ]  To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**'  On October 4, 2008, the offender was arrested by the Los Angeles, California, Police Department and charged with 1 count of Possession of a Narcotic Controlled Substance. This charge is pending in that jurisdiction. The offender was released from the Los Angeles County Jail on October 7, 2008, after having made bail, which was previously set at $10,000. |
| 2 | The offender has violated the supervision condition which states '**The defendant shall cooperate with Immigration and Customs Enforcement to resolve any problems with his status in the United States. The defendant shall provide truthful information and abide by the rules and regulations of Immigration and Customs Enforcement. If deported, the defendant shall not re-enter the United States without the written permission of the Attorney General.** |

**If the defendant re-enters the United States, he shall report in person to the nearest U.S. Probation Office within 48 hours.'** The offender was released from the federal Bureau of Prisons custody to a Bureau of Immigration and Customs Enforcement (ICE) detainer on November 1, 2007. The offender remained detained by ICE until he was deported on December 19, 2007. On October 4, 2008, the probation office received a flash notification from the Federal Bureau of Investigation, Criminal Justice Information Services Division, National Crime Information Center (NCIC) that the offender has been arrested in Los Angeles California for Possession of a Narcotic Controlled Substance. This arrest is clear evidence that the offender has returned to the United States after having been deported. Further, the offender has not reported to the U.S. Probation Office for the Central District of California, in Los Angeles, California.

I declare under penalty of perjury that the foregoing is true and correct

By: Steven Alfrey
U.S. Probation Officer
Date: 10/20/08

THE COURT ORDERS:

[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons.  Date of Hearing: _____.
[ ] No Action
[ ] Other

Signature of Judicial Officer

10/21/08
Date